FILED
April 5, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DEVON GREGORY BIGGS, JR., )<br>)<br>Defendant. ) | Case No. 2:13-MJ-00106-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DEVON GREGORY BIGGS, JR</u> Case No. <u>2:13-MJ-00106-DAD-1</u>, Charge <u>Title 18 USC §§ 641</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other) <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 5, 2013</u> at <u>3:45</u> pm.

By <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge