1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-0106 DAD |
|---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING; ~~PROPOSED~~ ORDER THEREON |
13 | v. | |
14 | DEVON GREGORY BIGGS, JR. | |
15 | Defendant. | |

16

17    The United States of America, by and through its counsel of record, AUSA Jean M. Hobler, and

18 defendant DEVON GREGORY BIGGS, Jr., by and through his counsel of record, AFD Benjamin

19 Galloway, stipulate to a continuance of the preliminary hearing in this matter currently set for April 26,

20 2013, at 2:00 p.m. Ms. Hobler represents that she will be out of the state on pre-planned and pre-paid

21 travel at the time scheduled for the initial appearance, providing good cause for the continuance. The

22 travel commences the week of and concludes during the week after the preliminary hearing currently

23 scheduled.

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Continuance of Preliminary Hearing                    1

The defendant is out of custody on pretrial release terms and conditions. The defense consents to a two week continuance of the preliminary hearing in this matter, to Friday, May 10, 2013, at 2:00 p.m., pursuant to Federal Rules of Criminal Procedure, Rule 5.1(d).

Dated: April 15, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Jean M. Hobler
                                         JEAN M. HOBLER
                                         Assistant United States Attorney

Dated: April 15, 2013                    JOSEPH SCHLESINGER
                                         Acting Federal Defender


                                         /s/ Jean M. Hobler for
                                         BENJAMIN GALLOWAY
                                         Assistant Federal Defender
                                         (Signature authorized 4/15/2013)


## **ORDER**

Good cause appearing, and with the defendant's consent, the preliminary hearing in this matter is continued to May 10, 2013, at 2:00 p.m. pursuant to Federal Rules of Criminal Procedure, Rule 5.1(d).

DATED: April 15, 2013.

                                         _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

Stipulation to Continuance of Preliminary Hearing                    2