```
 1  JOSEPH SCHLESINGER, Bar# 87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DEVON GREGORY BIGGS, JR.
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 13-MJ-0106 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS |
| | ) | OF RELEASE; ~~PROPOSED~~ ORDER |
| v. | ) | |
| | ) | |
| DEVON GREGORY BIGGS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | JUDGE: Hon. Edmund F. Brennan |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between the parties, Jean M. Hobler, Assistant United States Attorney, attorney for Plaintiff, and Benjamin D. Galloway, Assistant Federal Defender, attorney for defendant, DEVON GREGORY BIGGS, JR., that the conditions of Mr. Biggs' release imposed on ~~April 19, 2012~~ April 5, 2013 be modified to include the following special condition:

   You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

/ / /

/ / /

1    Additionally, the parties stipulate that Condition Number 5 be
2 modified as follows:

3   Your travel is restricted to the Eastern and Central Districts of
    California without prior consent of the pretrial services officer.
4

5    Pretrial Services Officer Ryan Garcia is in agreement with this
6 proposed modification.

7 DATED: April 18, 2013          Respectfully submitted,

8                                JOSEPH SCHLESINGER
                                 Acting Federal Defender
9
                                 /S/ Benjamin Galloway
10                               BENJAMIN GALLOWAY
                                 Assistant Federal Defender
11                               Attorney for Defendant
                                 DEVON GREGORY BIGGS, JR.
12

13
   DATED: April 18, 2013         BENJAMIN B. WAGNER
14                               United States Attorney

15                               /s/ Benjamin Galloway for
                                 JEAN M. HOBLER
16                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
17

18

19                              **O R D E R**

20    The foregoing stipulation of counsel is accepted. The conditions of
21 Mr. Biggs' pretrial release are so modified.  All other conditions are
22 to remain in effect.

23    IT IS SO ORDERED.

24 Dated:  April 18, 2013.        _____
                                  EDMUND F. BRENNAN
25                                UNITED STATES MAGISTRATE JUDGE

26

27

28

2